B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ostrovsky, Alexander M. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-4219 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>8435 Oak Avenue<br>Niles, IL<br>ZIP Code 60714 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11         of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                       Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Ostrovsky, Alexander M. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).)

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Ostrovsky, Alexander M. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Alexander M. Ostrovsky
_____
Signature of Debtor  Alexander M. Ostrovsky

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 26, 2011
_____
Date

### Signature of Attorney*

X  /s/ Joseph E. Cohen
_____
Signature of Attorney for Debtor(s)

Joseph E. Cohen 3123243
_____
Printed Name of Attorney for Debtor(s)

Cohen & Krol
_____
Firm Name
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
_____
Address

312.368.0300  Fax: 312.368.4559
_____
Telephone Number

October 26, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re   Alexander M. Ostrovsky

Debtor(s)

Case No. _____

Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Alexander M. Ostrovsky
Alexander M. Ostrovsky

Date:  October 26, 2011

B6D (Official Form 6D) (12/07)

In re    Alexander M. Ostrovsky                                                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. 442759742  <br><br>Americredit<br>PO Box 181145<br>Arlington, TX 76096 | | - | | Opened  8/18/09  Last Active 10/17/11<br><br>2009 Kia Optima<br><br>Value $        13,000.00 | | | | 12,438.00 | 0.00 |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |

  0   continuation sheets attached

|  | Subtotal<br>(Total of this page) | 12,438.00 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 12,438.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    Alexander M. Ostrovsky                                                    , Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

0    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    Alexander M. Ostrovsky                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 7614 | | | Business | | | | | | |
| ADT Security Services Inc. PO Box 371967 Pittsburgh, PA 15250-7967 | X | - | | | | | | | 1,285.39 |
| Account No. | | | Business | | | | | | |
| Alpen Outdoor Corporation 10392 Dorset St. Rancho Cucamonga, CA 91730 | X | - | | | | | | | 7,783.00 |
| Account No. 1005 | | | Personal Loan | | | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096-8000 | X | - | | | | | | | 13,724.00 |
| Account No. 1002 | | | Credit Card | | | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096-8000 | X | - | | | | | | | 70,912.00 |
| __7__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 93,704.39 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    S/N:29730-110822    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander M. Ostrovsky                                        ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Applied Concepts Inc. <br> PO Box 972943 <br> Dallas, TX 75397-2943 | X | - | | Business | X | | X | 5,071.00 |
| Account No. 1590 <br><br> AT&T <br> PO Box 8100 <br> Aurora, IL 60507-8100 | X | - | | Business | X | | X | 1,654.53 |
| Account No. 3173 <br><br> Bank of America <br> PO Box 1598 <br> Norfolk, VA 23501 | | - | | Opened  9/25/03  Last Active  3/01/10 <br> ChargeAccount | | | | 0.00 |
| Account No. <br><br> Barska <br> 1721 Wright Ave <br> La Verne, CA 91750 | X | - | | Business | X | | X | 7,990.00 |
| Account No. 4382 <br><br> Cach LLC <br> 4340 S Monaco St Unit 2 <br> Denver, CO 80237 | | - | | Opened  9/23/10  Last Active  3/01/10 <br> Collection Bank Of America  N.A | | | | 4,069.00 |

Sheet no. __1___ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                18,784.53

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander M. Ostrovsky_____,   Case No. _____
　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Business | | | | |
| Carson Optical 35 Gilpin Ave Hauppauge, NY 11788 | X | - | | X | | X | 5,095.00 |
| Account No. | | | Guarantee of business loan | | | | |
| Charter One 1215 Superior Ave Cleveland, OH 44114 | X | - | | | | | 45,357.58 |
| Account No. 2808 | | | Opened 5/24/07 Last Active 5/01/09 Credit Card | | | | |
| Chase PO Box 15298 Wilmington, DE 19850 | | | | | | | 7,880.00 |
| Account No. 4363 | | | Opened 11/09/07 Last Active 5/01/09 Credit Card | | | | |
| Chase PO Box 15298 Wilmington, DE 19850 | | - | | | | | 3,855.58 |
| Account No. 0316 | | | Credit Card | | | | |
| Chase PO Box 15298 Wilmington, DE 19850 | | - | | | | | 2,043.13 |

Sheet no. __2___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,231.29

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander M. Ostrovsky_____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Chase <br> Cardmember Service <br> PO Box 15153 <br> Wilmington, DE 19886-5153 | X | - | | Personal Loan | | | | 52,066.00 |
| Account No. 7307 <br><br> Citizens Bank/Charter One <br> 1 Citizens Dr <br> Riverside, RI 02915 | | - | | Opened 4/03/07 Last Active 5/27/09 ChargeAccount | | | | 500.16 |
| Account No. 5043 <br><br> ComEd <br> PO Box 6111 <br> Carol Stream, IL 60197-6111 | X | - | | Business | X | | X | 463.19 |
| Account No. <br><br> Discipline Marketing Inc. <br> 13872 SW 119 Avenue <br> Miami, FL 33186 | X | - | | Business | X | | X | 5,051.00 |
| Account No. <br><br> Ilco Inc. <br> 1385 E 94 Street <br> Brooklyn, NY 11236 | X | - | | Business | X | | X | 1,517.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    59,597.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander M. Ostrovsky
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business | | | | |
| Netshops 12720 I Street Suite 200 Omaha, NE 68137 | X | - | | | X | | X | 5,388.00 |
| Account No. | | | | Business | | | | |
| Newcon Optik 2331 Superior Ave Cleveland, OH 44114 | X | - | | | X | | X | 5,896.00 |
| Account No. | | | | Business | | | | |
| Nicor PO Box 870 Aurora, IL 60507 | X | - | | | | | | 210.69 |
| Account No. | | | | Business | | | | |
| Nikon Inc. Dept 2032 Denver, CO 80291-2032 | X | - | | | X | | X | 14,011.00 |
| Account No. | | | | Business | | | | |
| Oberwerk Corporation 2790-C Indian Ripple Dr Dayton, OH 45440 | X | - | | | X | | X | 4,554.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,059.69

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander M. Ostrovsky                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2009 Pending lawsuit | | | | |
| Opticsplanet, Inc. 3150 Comerical Avenue Northbrook, IL 60062 | | | | | X | | X | Unknown |
| Account No. | X | - | | Business | | | | |
| Pentax Department 489 Denver, CO 80291-0489 | | | | | X | | X | 3,596.00 |
| Account No. | X | - | | Business | | | | |
| Pioneer Research PO Box 827220 Philadelphia, PA 19182-7220 | | | | | X | | X | 2,365.00 |
| Account No. | X | - | | Business | | | | |
| Protective Optics Inc. PO Box 60000 File 30669 San Francisco, CA 94160 | | | | | X | | X | 190.00 |
| Account No. | X | - | | Business | | | | |
| Red Zone Global Inc. PO Box 4635 Portsmouth, NH 03802 | | | | | X | X | X | 13,903.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            20,054.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander M. Ostrovsky                                          ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 6420 | | - | | Opened 6/28/10 Last Active 6/01/09 Collection Household Bank | | | | |
| Security Credit Service 2653 W Oxford Loop Oxford, MS 38655 | | | | | | | | 1,996.00 |
| Account No. | X | - | | Business | X | X | | |
| Sellmark Corporation 201 Regency Parkway Mansfield, TX 76063 | | | | | | | | 11,289.00 |
| Account No. | X | - | | Business | X | X | | |
| Sheltered Wings 2120 W. Greenview Drive Suite 4 Middleton, WI 53562 | | | | | | | | 11,677.00 |
| Account No. | X | - | | Business | X | X | | |
| Sports Radar Ltd. 9119 W Veterans Dr Homosassa, FL 34448 | | | | | | | | 2,700.00 |
| Account No. | X | - | | Business | X | X | | |
| The Whistler Group Dept 2148 Bank of Oklahoma Tower Tulsa, OK 74182 | | | | | | | | 10,375.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    38,037.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander M. Ostrovsky                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Business | | | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | X | - | | | | | | 3,479.62 |
| Account No. | | Business | | | | | | |
| US Peacekeeper Productions Inc W245 N5570 Corporate Circle Sussex, WI 53089 | X | - | | | X | | X | 1,336.00 |
| Account No. | | Business (landlord) | | | | | | |
| Wagener Equities Inc. 1840 Industrial Drive Suite 310 Libertyville, IL 60048-9467 | X | - | | | X | | X | 24,972.54 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no.  _7__  of  _7__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 29,788.16 |
| Total (Report on Summary of Schedules) | 354,256.41 |

B6G (Official Form 6G) (12/07)

.

In re     Alexander M. Ostrovsky                                    ,     Case No. _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   Alexander M. Ostrovsky                                                                    ,   Case No. _____
                                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Charter One<br>1215 Superior Ave<br>Cleveland, OH 44114 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | ADT Security Services Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Alpen Outdoor Corporation<br>10392 Dorset St.<br>Rancho Cucamonga, CA 91730 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Applied Concepts Inc.<br>PO Box 972943<br>Dallas, TX 75397-2943 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Barska<br>1721 Wright Ave<br>La Verne, CA 91750 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Carson Optical<br>35 Gilpin Ave<br>Hauppauge, NY 11788 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 |

2
_____ continuation sheets attached to Schedule of Codebtors

In re    Alexander M. Ostrovsky                                          ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Discipline Marketing Inc.<br>13872 SW 119 Avenue<br>Miami, FL 33186 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Ilco Inc.<br>1385 E 94 Street<br>Brooklyn, NY 11236 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Netshops<br>12720 I Street<br>Suite 200<br>Omaha, NE 68137 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Newcon Optik<br>2331 Superior Ave<br>Cleveland, OH 44114 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Nicor<br>PO Box 870<br>Aurora, IL 60507 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Nikon Inc.<br>Dept 2032<br>Denver, CO 80291-2032 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Oberwerk Corporation<br>2790-C Indian Ripple Dr<br>Dayton, OH 45440 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Pentax<br>Department 489<br>Denver, CO 80291-0489 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Pioneer Research<br>PO Box 827220<br>Philadelphia, PA 19182-7220 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Protective Optics Inc.<br>PO Box 60000<br>File 30669<br>San Francisco, CA 94160 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Red Zone Global Inc.<br>PO Box 4635<br>Portsmouth, NH 03802 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Sellmark Corporation<br>201 Regency Parkway<br>Mansfield, TX 76063 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re     Alexander M. Ostrovsky                                        ,     Case No. _____
                                                                Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Sheltered Wings<br>2120 W. Greenview Drive<br>Suite 4<br>Middleton, WI 53562 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Sports Radar Ltd.<br>9119 W Veterans Dr<br>Homosassa, FL 34448 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | The Whistler Group<br>Dept 2148<br>Bank of Oklahoma Tower<br>Tulsa, OK 74182 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | US Peacekeeper Productions Inc<br>W245 N5570 Corporate Circle<br>Sussex, WI 53089 |
| Yevgeny Vysochansky<br>194 Vista Road<br>Lake Zurich, IL 60047 | Wagener Equities Inc.<br>1840 Industrial Drive<br>Suite 310<br>Libertyville, IL 60048-9467 |

Sheet   2   of   2   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Alexander M. Ostrovsky                      Case No. _____

                                Debtor(s)        Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    23   
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 26, 2011                   Signature    /s/ Alexander M. Ostrovsky _____

                                                   Alexander M. Ostrovsky
                                                   Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Alexander M. Ostrovsky          Case No. _____
               Debtor(s)    Chapter 7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Americredit | **Describe Property Securing Debt:**<br>2009 Kia Optima |

Property will be (check one):
- ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date October 26, 2011 _____  Signature /s/ Alexander M. Ostrovsky _____
                       Alexander M. Ostrovsky
                       Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    Alexander M. Ostrovsky _____    Case No. _____

Debtor(s)    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2.    $   299.00    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
     Representations of Debtor against Motions for Relief and Motions to Dismiss

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    October 26, 2011 _____    /s/ Joseph E. Cohen _____
                                                    Joseph E. Cohen 3123243
                                                    Cohen & Krol
                                                    105 West Madison Street
                                                    Suite 1100
                                                    Chicago, IL 60602-4600
                                                    312.368.0300  Fax: 312.368.4559

---

ADT Security Services Inc.
PO Box 371967
Pittsburgh, PA 15250-7967


Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427


Alpen Outdoor Corporation
10392 Dorset St.
Rancho Cucamonga, CA 91730


American Express
PO Box 0001
Los Angeles, CA 90096-8000


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Americredit
PO Box 181145
Arlington, TX 76096


Applied Concepts Inc.
PO Box 972943
Dallas, TX 75397-2943


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


AT&T
PO Box 8100
Aurora, IL 60507-8100


Bank of America
PO Box 1598
Norfolk, VA 23501


Barska
1721 Wright Ave
La Verne, CA 91750

Blitt and Gaines PC
661 Glenn Ave.
Wheeling, IL 60090


Cach LLC
4340 S Monaco St Unit 2
Denver, CO 80237


Carson Optical
35 Gilpin Ave
Hauppauge, NY 11788


CCS
Payment Processing Center- 27
PO Box 55126
Boston, MA 02205-5126


Charter One
1215 Superior Ave
Cleveland, OH 44114


Chase
PO Box 15298
Wilmington, DE 19850


Chase
PO Box 15298
Wilmington, DE 19850


Chase
PO Box 15298
Wilmington, DE 19850


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Citizens Bank/Charter One
1 Citizens Dr
Riverside, RI 02915


ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Discipline Marketing Inc.
13872 SW 119 Avenue
Miami, FL 33186


Equable Ascent Financial
1120 W Lake Cook Rd Ste
Buffalo Grove, IL 60089


ER Solutions
PO Box 9004
Renton, WA 98057-9004


Frederick J. Hanna & Associates
1427 Roswell Road
Marietta, GA 30062


Ilco Inc.
1385 E 94 Street
Brooklyn, NY 11236


John C. Bonewicz
8001 N Lincoln Ave
#402
Skokie, IL 60077


Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578


National Action Financial Services
PO Box 9027
Buffalo, NY 14231-9027


Netshops
12720 I Street
Suite 200
Omaha, NE 68137


Newcon Optik
2331 Superior Ave
Cleveland, OH 44114


Nicor
PO Box 870
Aurora, IL 60507

Nikon Inc.
Dept 2032
Denver, CO 80291-2032


Northland Group Inc.
PO Box 390846
Minneapolis, MN 55439


Oberwerk Corporation
2790-C Indian Ripple Dr
Dayton, OH 45440


Opticsplanet, Inc.
3150 Commerical Avenue
Northbrook, IL 60062


Pentax
Department 489
Denver, CO 80291-0489


Pioneer Research
PO Box 827220
Philadelphia, PA 19182-7220


Protective Optics Inc.
PO Box 60000
File 30669
San Francisco, CA 94160


Red Zone Global Inc.
PO Box 4635
Portsmouth, NH 03802


Resurgence Legal Group PC
1161 Lake Cook Road
Suite E
Deerfield, IL 60015


Richard J. Boudreau & Associates
5 Industrial Way
Salem, NH 03079


Security Credit Service
2653 W Oxford Loop
Oxford, MS 38655

Sellmark Corporation
201 Regency Parkway
Mansfield, TX 76063


Sheltered Wings
2120 W. Greenview Drive
Suite 4
Middleton, WI 53562


Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192


Sports Radar Ltd.
9119 W Veterans Dr
Homosassa, FL 34448


The Whistler Group
Dept 2148
Bank of Oklahoma Tower
Tulsa, OK 74182


Tressler LLP
233 S Wacker Drive
22nd Floor
Chicago, IL 60606


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Peacekeeper Productions Inc
W245 N5570 Corporate Circle
Sussex, WI 53089


Wagener Equities Inc.
1840 Industrial Drive
Suite 310
Libertyville, IL 60048-9467


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047

```
Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047


Yevgeny Vysochansky
194 Vista Road
Lake Zurich, IL 60047
```